UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALNAVE KEEFER,

Plaintiff(s),

v.

RYDER INTEGRATED LOGISTICS, INC., et al.,

Defendant(s).

Case No. 4:21-CV-07503-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kimberly F. Seten, an active member in good standing of the bar of USDC - Western District of MO, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is David A. Yudelson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 325316.

| | |
|---|---|
| 2600 Grand Blvd., Suite 750, Kansas City, MO 64108 | 2029 Century Park East, Suite 1100, Los Angeles, CA 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (816) 472-6400 | (310) 909-7775 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kseten@constangy.com | dyudelson@constangy.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 50449.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2022                                              Kimberly F. Seten
                                                                     APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kimberly F. Seten is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 18, 2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
) ss.
WESTERN DISTRICT OF MISSOURI )

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Kimberly F. Seten was duly admitted to practice in said Court on June 14, 2000.

Kimberly F. Seten is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri      *Paige Wymore-Wynn*
on January 12, 2022                    Paige Wymore-Wynn, Acting Clerk

                       By      *M. Warren*
                               Melissa Warren, Deputy Clerk