Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
Nolan Dilts (SBN 328904)
  nolan@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
SALNAVE KEEFER

KIMBERLY F. SETEN (admitted *pro hac vice*)
kseten@constangy.com
DAVID A. YUDELSON (SBN 325316)
dyudelson@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775

Attorneys for Defendants
RYDER INTEGRATEDLOGISTICS, INC.
and HADCO METAL TRADING CO., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALNAVE KEEFER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation; HADCO METAL TRADING CO., LLC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 4:21-cv-07503-HSG<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**; **ORDER**<br><br><br>Complaint Filed: August 25, 2021<br>Removal date: September 27, 2021<br>Trial Date: Not Set. |

1

**STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED between counsel for Plaintiff SALNAVE KEEFER ("Plaintiff" or "Keefer") and counsel for Defendant RYDER INTEGRATED LOGISTICS, INC. ("Ryder"), and HADCO METAL TRADING CO. LLC ("Hadco"), (collectively "the Parties"),

WHEREAS, following the Parties' initial case management conference with the Court, the Court entered an order directing the Parties to meet and confer and e-file a stipulation and proposed order by January 18 setting a briefing schedule for a motion for summary judgment limited to the question of whether the disclosure(s) in the form(s) produced to the individual named plaintiff comply with the relevant statutes (Dkt. No. 17);

WHEREAS, the Parties met and conferred and submitted the following briefing schedule which was entered by the Court (Dkt. No. 21):

- **March 7, 2022:** Date for Filing Motion for Summary Judgment.
- **March 28, 2022:** Date for Opposing Motion for Summary Judgment.
- **April 4, 2022:** Date for Reply in Support of Motion for Summary Judgment.
- **May 12, 2022:** Date Proposed for Hearing.

WHEREAS, on March 7, 2022, Defendants filed their Motion for Summary Judgment;

WHEREAS, the Parties met and conferred on discovery disputes, and on April 1, 2022 Ryder produced supplemental discovery responses;

WHEREAS, Plaintiff also requested to take a limited deposition of a Fed. R. Civ. Proc. 30(b)(6) witness for Ryder ("PMK"), as well as the deposition of declarant Ed Tobon offered to support Defendants' Motion;

WHEREAS, the deposition of Ed Tobon took place on April 21, 2022;

WHEREAS, the Parties previously stipulated to continue the remaining briefing schedule as follows (Dkt. No. 28):

- **April 28, 2022:** Date for Opposing Motion for Summary Judgment.

- **May 5, 2022:** Date for Reply in Support of Motion for Summary Judgment.

WHEREAS, the hearing on Defendants' Motion for Summary Judgment was continued to May 26, 2022 (Dkt. No. 29);

WHEREAS, on April 28, 2022, Plaintiff filed his Opposition to Defendants' Motion for Summary Judgment ("Plaintiff's Opposition");

WHEREAS, given the short amount of time from the filing of Plaintiff's Opposition and given health issues impacting counsel for Defendants' ability to complete the briefing by the current deadline, Defendants require additional time to file their Reply in Support of Defendants' Motion for Summary Judgment;

WHEREAS, the Parties agree to continue the remaining briefing schedule as follows:

- **May 9, 2022:** Date for Reply in Support of Motion for Summary Judgment.

WHEREAS, under the proposed continued schedule the Parties do not believe a continuance of the hearing date would be necessary unless requested by the Court to allow the Court sufficient time to review the briefing before holding the hearing on this matter.

IT IS SO STIPULATED BY,

DATED: May 3, 2022                    CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

_____
Kimberly F. Seten
David A. Yudelson
Attorney for Defendants
RYDER INTEGRATEDLOGISTICS, INC.
and HADCO METAL TRADING CO., LLC

3

**STIPULATED BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION**

DATED: May 3, 2022          SETAREH LAW GROUP

*/s/ Shaun Setareh* (with permission)
SHAUN SETAREH
WILLIAM M. PAO
NOLAN DILTS
Attorneys for Plaintiff
SALNAVE KEEFER

4

**STIPULATED BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION**

# ORDER

Pursuant to the above Joint Stipulation and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. Defendants' reply shall be due on or before May 9, 2022.
2. The hearing date for the motion for summary judgment shall remain as scheduled.

**IT IS SO ORDERED.**

Dated:  5/4/2022            By: *Haywood S. Gill Jr.*
                                Hon. Judge Haywood S. Gilliam Jr.

**STIPULATED BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION**