UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALNAVE KEEFER,<br><br>    Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-07503-HSG<br><br>**JUDGMENT** |

    Judgment is hereby entered consistent with the Court's Order Granting Motion for Summary Judgment,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 1st day of February, 2023.

 

    Mark B. Busby
    Clerk of Court

    By: _____
    Nikki D. Riley
    Deputy Clerk to the Honorable
    HAYWOOD S. GILLIAM, JR.